UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FRANCISCO TORRES,**

   Plaintiff,

v.                                           No. 4:22-cv-1122-P

**STATE OF TEXAS,**

   Defendant.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Francisco Torres, against Defendant, State of Texas, in this action are **DISMISSED**.

**SO ORDERED** on this **30th day** of **January, 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE